# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

### Kenneth W. George v. United States of America

THE HONORABLE JOHN W. SEDWICK                             3:09-cv-00116 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          August 20, 2012

Plaintiff Kenneth W. George filed this Federal Tort Claim Act case on June 8, 2009, somewhat more than three years ago. While Mr. George proceeds pro se, his complaint is well drafted. When he had not served defendant, the court ordered him to do so in October of 2009. Mr. George accomplished service, and defendant answered. Eventually, the court issued a scheduling order at docket 16 which set deadlines for completion of the customary pre-trial preparations. That schedule was extended in an order at docket 18 based upon the joint request of the parties who represented that plaintiff was having medical problems. Thereafter the court stayed the case for a period of 60 days in an order at docket 21, once again based on the joint request of the parties citing Mr. George's medical situation. Defendant next filed an unopposed motion to stay the proceedings for six months which the court granted in an order at docket 24. This second stay was based on defendant's report that plaintiff had represented that "his medical problems and family conditions have continued to prevent him from proceeding." (Doc. 23 at 1-2)

In its status report at docket 29, filed the day after the 6 month stay expired, defendant advised the court that plaintiff had not provided defense counsel with any updated information about his medical condition or ability to proceed. Similarly, Mr. George had not filed anything with the court to advise of his situation. The court then issued an order at docket 30 which advised plaintiff that he had 28 days to tell the court whether or not he wished to proceed with case. The order stated that if nothing were filed, the case would be dismissed without prejudice. The 28 days have passed, and Mr. George has not responded.

Based on the preceding, this case is hereby DISMISSED without prejudice. The Clerk of Court will please close the file.